UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:02cr136 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| T. B. MOSS, | ) | |
| Defendant | ) | |

Defendant **T. B. MOSS** moves the Court for modification of his imposed sentence. The Motion is **DENIED.**

The defendant is not eligible for a reduction pursuant to Amendment 706. According to the Presentence Report and the corresponding Judgement and Statement of Reasons prepared for the above referenced case; Mr Moss was convicted of possession of a firearm by a convicted felon and his sentence was based on the armed career criminal guideline.

Signed: February 17, 2010

Frank D. Whitney
United States District Judge